UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-20082-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,
v.

JOSE PUBILLONES,
    Defendant.
_____/

## ORDER

This MATTER is before the Court on the government's Motion for Commencement of Proceedings Supplementary to Execution (DE# 118, 7/12/12). Having reviewed the applicable filings and the law and having held a hearing on September 10, 2012, it is

ORDERED AND ADJUDGED that the government's Motion for Commencement of Proceeding Supplementary to Execution (DE# 118, 7/12/12) is **GRANTED**. For the reasons stated on the record, the Court finds that under Fed. R. Civ. P. 69 the Court is required to follow the procedure of proceedings supplementary under Florida law. It is further

ORDERED AND ADJUDGED that on or before **Monday, September 17, 2012**, the parties shall exchange any documents that support their claims or defenses. The discovery cutoff in this matter is **Tuesday, November 13, 2012**. If there are any discovery disputes, the parties shall contact the undersigned's Chambers for an informal discovery hearing. The parties shall exchange witness and exhibit lists by **Monday, November 19, 2012** and attempt to stipulate to the admission of exhibits. It is further

ORDERED AND ADJUDGED that this matter is set for a status conference before the undersigned on **Thursday, November 29, 2012** at **3:00 p.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **Counsel for Jose Pubillones and Joseph Pubillones are permitted to appear by telephone by jointly**

**contacting the undersigned's Chambers at the time of the hearing.** If counsel for Messrs. Pubillones appear by telephone, they shall file a copy of their witness lists, exhibit lists and exhibits prior to the hearing. It is further

ORDERED AND ADJUDGED that this matter is set for an evidentiary hearing before the undersigned on **Monday, December 3, 2012** at **10:00 a.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED, in Chambers, at Miami, Florida this **10th** day of September, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record